9

MIED (Rev.5/13) General Civil Complaint

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Angela Nails,

Plaintiff(s),

Case:2:15-cv-13218
Judge: Rosen, Gerald E.
MJ: Patti, Anthony P.
Filed: 09-11-2015 At 02:45 PM
CMP NAILS V. KIND (NA)

v.

Stephen King,

Defendant(s).
_______________________________/

COMPLAINT

I. Defendant(s). Print the full name for each defendant. If there are more defendants, use additional pages to provide their names.

**Name of Defendant(s)**

1. Stephen King - 355 South old woodward Ste 100 Birmingham, MI 48009
2.
3.
4.
5.

II. Statement of claim. Briefly state the facts of your case. Describe how each defendant is involved, and exactly what each defendant did, or failed to do. Include names of any other persons involved, dates, and places. You may use additional paper if necessary.

The Defendant lies to The Court base on his failure To time The dates of answering a Complaint. He never files an answer to The Complaint. A default against the person he works for is filed is granted. He Then lies and says he filed The answer Timely

With The Clerks office. The Clerks office files The default aganist This Defendant. The default is file because Their was no answer filed. And no answer filed on The same date(s) The documents he filed to have the default Set aside. Ther was not a motion asking The default be Set aside per MCR. He Says he wants default Set aside He lies to The Court withoot documents or witness he file an answer or and The motion to Set aside The default

III. Relief. Briefly state exactly what you want the court to do for you.

The Coort Should grant the damages aganist The Defendant Because of The damages loot in The Plaintiff Complaint. The total damages at this action point is in This Complaint filed. The Plaintiff ask The Court to hear What The Plaintiff has for damages before The Coort. The Plaintiff asks Criminal Complaint / Charges filed because of Theft to deceive to accept and take The Plaintiff money. Adding fees and coot to The Defendants resource of earning

IV. Additional Information. – Briefly enter any additional information, you may use additional paper.

The Cort Shoud listen to The Plaintiff Complaint and Grant Damages to The Plaintiff and Attorney fees, Cost.

V. Demand for Jury Trial. Check this box if you want your case to be decided by a jury, instead of a judge.

☐ Plaintiff demands a jury trial on all issues.

Dated: 9/10/15

Angela Nails
Plaintiff's Signature

Angela Nails
Plaintiff's Printed Name

1313 W 14 Mile #214
Street Address

Madison Heights Michigan 48183
City, State, Zip Code

313 627.4841
Telephone Number

nailsangela90@yahoo.com
E-mail Address

IN THE FEDERAL DISTRICT COURT IN MICHIGAN

Angela Nails,
Plaintiff,

VS

Stephen King,
Defendant,

Case#

Com Plaint

On June 1, 2015 The Defendant gave false information to the court to set aside a default sign on 2015. This Defendant Was not able to file an answer to a Complaint. And made the decision on his own to falsely give facts. Information That ended up allow the Defendant to earn $2,000 for Cost and fees for a Case he never answer. Their was an answer due out none file. On June 3, 2015 is when The Defendant requested summary Judgement to be to be heard on July 20, 830. And again The Defendant fasely gave information The Plaintiff new nothing about. Because The Plaintiff was not in Court but was telephonicly heard by The Court. Their was an opportiuty for the Defendant to do The Correct and legal Thing to ask the Court to set a new court date or to Call the Plaintiff to hear The Court decision. And The Plaintiff did nothing to work on this action to have the Plaintiff notified.

DAMAGES

The Plaintiff is Seeking:

(1) Criminal Charge(s)

(2) Puntive Damages in The amount of $100,000.00

(3) Set time to Come before Criminal Court to take the action of providing information to provide the Defendant to ask the Court for monies The Defendant is not entitled. Hendring the Plaintiff from providing The Plaintiff to pay option of spending monies that rightfully belonging to the Plaintiff The Defendant false information to the Court the Charge is information falsely to gain a profit from another person.

DEFENANT ADDRESS

355 South Old Woodward Ste 100 Birmingham, MI 48009

Angela Nails

ANGELA NAILS

PROFF OF SERVICE

The plaintiff use United States mail service on Sept 10, 2015.

Angela Nails

ANGELA NAILS

JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

County in which action arose ______________

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS** Angela Nails

**(b)** County of Residence of First Listed Plaintiff Okland
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

**DEFENDANTS** Stephen King

County of Residence of First Listed Defendant Okland

Case:2:15-cv-13218
Judge: Rosen, Gerald E.
MJ: Patti, Anthony P.
Filed: 09-11-2015 At 02:45 PM
CMP NAILS V. KIND (NA)

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

PERSONAL INJURY
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

**PRISONER PETITIONS**

Habeas Corpus:
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty

Other:
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☒ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from Another District *(specify)* ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*: Unknown

Brief description of cause: Fail to file documents Per MCR for answer to Complain

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions)*: JUDGE ______ DOCKET NUMBER ______

DATE 9/10/15

SIGNATURE OF ATTORNEY OF RECORD Angela Nails

FOR OFFICE USE ONLY

RECEIPT # ______ AMOUNT ______ APPLYING IFP ______ JUDGE ______ MAG. JUDGE ______

# PURSUANT TO LOCAL RULE 83.11

1. Is this a case that has been previously dismissed?

☐ Yes
☒ No

If yes, give the following information:

Court: ______________________________

Case No.: ______________________________

Judge: ______________________________

2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)

☐ Yes
☒ No

If yes, give the following information:

Court: ______________________________

Case No.: ______________________________

Judge: ______________________________

Notes :

# New Lawsuit Check List

**Instructions: Put a check mark in the box next to each appropriate entry to be sure you have all the required documents.**

| | | |
|---|---|---|
| ☒ | Two (2) completed **Civil Cover Sheets.** | Case:2:15-cv-13218<br>Judge: Rosen, Gerald E.<br>MJ: Patti, Anthony P.<br>Filed: 09-11-2015 At 02:45 PM<br>CMP NAILS V. KIND (NA) |
| ☒ | Enter the number of defendants named in your lawsuit in the blank below, add 2 and then enter the total in the blank.<br>1 (# of Defendants) + 2 = 2 (Total) **Complaints.** No copies<br>Received by Clerk: NA Addresses are complete: NA | |
| ☐ | If any of your defendants are **government agencies**:<br>Provide two (2) extra copies of the **complaint** for the U.S. Attorney and the Attorney General. | |

| **If Paying The Filing Fee:** | | **If Asking That The Filing Fee Be Waived:** | |
|---|---|---|---|
| ☐ | Current new civil action filing fee is attached.<br>Fees may be paid by check or money order made out to:<br>***Clerk, U.S. District Court***<br>Received by Clerk: ______ Receipt #: ______ | ☒ | Two (2) completed **Application to Proceed in District Court without Prepaying Fees or Costs** forms.<br>Received by Clerk: NA |

**Select the Method of Service you will employ to notify your defendants:**

| **Service via Summons by Self** | | **Service by U.S. Marshal** (Only available if fee is waived) | | **Service via Waiver of Summons** (U.S. Government cannot be a defendant) | |
|---|---|---|---|---|---|
| ☐ | Two (2) completed **summonses** for each defendant including each defendant's name and address.<br>Received by Clerk: ______ | ☒ | Two (2) completed **USM – 285 Forms** per defendant, if you are requesting the U.S. Marshal conduct service of your complaint.<br>☒ Two (2) completed **Request for Service by U.S. Marshal** form.<br>Received by Clerk: NA | ☐ | You need not submit any forms regarding the Waiver of Summons to the Clerk.<br>Once your case has been filed, or the Application to Proceed without Prepaying Fees and Costs has been granted, you will need:<br>• One (1) **Notice of a Lawsuit and Request to Waive Service of a Summons** form per defendant.<br>• Two (2) **Waiver of the Service of Summons** forms per defendant.<br>Send these forms along with your filed complaint and a self-addressed stamped envelope to each of your defendants. |

**Clerk's Office Use Only**

Note any deficiencies here: No copies. Only 1 copy of each form.